Certificate Number: 05781-CT-DE-041681762

Bankruptcy Case Number: 26-31022

05781-CT-DE-041681762

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 16, 2026, at 9:13 o'clock AM PST, Timothy Sullivan completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Connecticut.

Date: November 16, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President